## WITT *v.* GRIGSBY.

### SUPREME COURT PRACTICE.—*Power to correct judgment of former term.*

Where the judgment was entered against the sureties in the appeal bond for costs and damages, when in fact it should have been for costs only, the Supreme Court will correct the same at a subsequent term.

A motion was made to amend a judgment entered at a former term of the Supreme Court, in an action of assumpsit for use and occupation which had been brought
5.—TENN. REP.

here by appeal on the part of the defendant. The judgment here was entered against the defendant and his sureties in the appeal bond, for costs and damages.

McKINNEY, J. :

The judgment was erroneous in this respect, and will be corrected and entered against the defendant for costs and damages, and against his sureties for cost only. [1]

*Motion allowed.*

(1) See McNews Executor v. Rogers supra, page 56 note 3, and cases there cited. See the Code, 2877, 2878, 2879.